UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HARJIT SINGH,

          Plaintiff,

    v.

PAM BONDI, et al.,

          Defendants.

Case No. 26-cv-00558-AMO

**ORDER TRANSFERRING CASE**

On January 19, 2026, Petitioner Harjit Singh filed an ex parte motion for a temporary restraining order, Dkt. No. 1, and a petition for writ of habeas corpus, Dkt. No. 2. Petitioner was detained by Immigration and Customs Enforcement ("ICE") at his home in Sacramento, Dkt. No. 1 ¶¶ 13, 15, and is currently detained at California City Detention Center, *id.* ¶ 17, both of which are in the Eastern District of California. Petitioner states that venue is appropriate in the Northern District of California because "Petitioner is in the custody of the San Francisco Office of the ICE, which is in the jurisdiction of the Northern District of California[.]" Dkt. No. 2 ¶ 5. However, it is improper for a district court to exercise jurisdiction over a habeas petitioner where the petitioner is confined in a different district. *Doe v. Garland*, 109 F.4th 1188, 1197 (9th Cir. 2024) ("The district court's exercise of jurisdiction was also improper because Doe was confined in the Eastern District of California, not the Northern District of California, where his petition was filed."). Thus, the Court finds that it does not have jurisdiction over this matter. Because California City Detention Center is located within the Eastern District of California venue is appropriate there. *Id.*

/ / /

/ / /

/ / /

This case is therefore **TRANSFERRED** to the United States District Court for the Eastern District of California.

**IT IS SO ORDERED.**

Dated: January 20, 2026

_____

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**

United States District Court
Northern District of California

2